887 F.2d 261
 Garcia (Miguel, Helen)
v.
Adventure Knits, Inc., Modern Globe, Inc., Coordinated
Apparel, Inc., Gilliam (Ed), d/b/a R & S Textiles, Gilliam's
Textile Machinery, R & S Textile Machinery Co., Gordon
(Ronald), d/b/a R & S Textiles, Chavlier (Emelies), t/a
Emelie's Riggins, Mainmin, Inc., a/k/a H. Maimin Company,
Tubular Textile Machinery Corporation, d/b/a Longwood Machine Works
 NO. 89-1191
 United States Court of Appeals,
Third Circuit.
 SEP 21, 1989
 
 Appeal From: E.D.Pa.,
 Cahn, J.
 
 
 1
 AFFIRMED.